UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

STEVEN A. SCHAFER, II,

                              Plaintiff,

                                                                    DECISION AND ORDER
                    v.                                              15-CV-207A

NANCY A. BERRYHILL, Acting
Commissioner of Social Security,

                              Defendant.

_____

             The above-referenced case was referred to Magistrate Judge Jeremiah J.

McCarthy, pursuant to 28 U.S.C. § 636(b)(1)(B).  On March 17, 2017, Magistrate Judge

McCarthy filed a Report and Recommendation (Dkt. No. 18), recommending that

plaintiff's motion for judgment on the pleadings (Dkt. No. 7) be granted, and that this

case be remanded to the Acting Commissioner for further proceedings.  Magistrate

Judge McCarthy further recommended that the Acting Commissioner's motion for

judgment on the pleadings (Dkt. No. 14) be denied.

             The Court has carefully reviewed the Report and Recommendation, the

record in this case, and the pleadings and materials submitted by the parties, and no

objections having been timely filed, it is hereby

             ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons

set forth in Magistrate Judge McCarthy's Report and Recommendation, plaintiff's

motion for judgment on the pleadings is granted, and this case is remanded to the

Acting Commissioner for further proceedings.  IT IS FURTHER ORDERED that the

Acting Commissioner's motion for judgment on the pleadings is denied.

The Clerk of Court shall take all steps necessary to close the case.


IT IS SO ORDERED.


*Richard J. Arcara*
HONORABLE RICHARD J. ARCARA
UNITED STATES DISTRICT COURT

Dated:  April 5, 2017